UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ALLEN KELTNER,

    Plaintiff,

v.

COUNTY OF LAKE, et al.,

    Defendants.

Case No. 14-cv-05636-NJV

**ORDER TO SHOW CAUSE**

On August 13, 2015, the court entered a Stipulation and Order (Doc. 21), granting the parties request for a modified briefing schedule and to move the hearing on the Motion to Dismiss to November 3, 2015. The stipulated briefing schedule required that Plaintiff file his response to the Motion to Dismiss on or before August 31, 2015. Plaintiff did not file a response. On September 8, 2015, Defendants filed a Reply to Plaintiff's Failure to Oppose the Motion to Dismiss (Doc. 22), in which Defendants propose the court take Plaintiff's failure to file an opposition to the Motion as a concession. As of this date, Plaintiff has not responded to the Motion to Dismiss, or to Defendants' suggestion that Plaintiff has conceded the motion. It appears then that Plaintiff does indeed concede the Motion, or has otherwise abandoned this case.

Accordingly, it is ORDERED that Plaintiff shall, ***on or before October 9, 2015***, show cause as to why the court should not dismiss this case for failure to prosecute. Plaintiff is warned that his failure to respond to this order will result in the dismissal of this action.

1    **IT IS SO ORDERED**.

2    Dated: October 1, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge